UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO RODRIGUEZ,

      Plaintiff,

      v.

SANTIAGO GONZALES,

      Defendant.

No.  2:25-cv-3598 AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  By an order filed January 8, 2026, plaintiff was ordered to file an in forma pauperis affidavit or pay the required filing fee of $350.00 plus the $55.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a).  ECF No. 5.  The Clerk of the Court was directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.  Id.

On February 6, 2026, the court received a declaration in support of motion to proceed in forma pauperis that includes some of the information necessary to adjudicate the application.  See ECF No. 9.  However, the declaration does not include all the necessary information.  Plaintiff has also failed to provide a trust account statement or authorization to obtain his trust account

---

[1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

statement from the California Department of Corrections and Rehabilitation. Accordingly, his declaration is insufficient and his application cannot be granted.

Plaintiff will be given one final opportunity to submit an application that complies with the requirements under 28 U.S.C. § 1915(a) or submit the required fees totaling $405.00.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis *on the form provided by the Clerk of Court*, or the required fees in the amount of $405.00. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

DATED: March 19, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2