UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ, | No.  2:25-cv-3598 AC P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| SANTIAGO GONZALES, | |
| Defendant. | |

By an order filed January 8, 2026, plaintiff was ordered to file an in forma pauperis affidavit or pay the required filing fee of $350.00 plus the $55.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  ECF No. 5.  The Clerk of the Court was directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.  Id.

On February 6, 2026, the court received a declaration in support of motion to proceed in forma pauperis.  See ECF No. 9.  Because the declaration did not include all the necessary information to adjudicate the application and plaintiff did not provide a trust account statement or authorization to obtain his trust account statement from the California Department of Corrections and Rehabilitation, plaintiff was given one final opportunity to submit an application that

---

[1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

complies with the requirements under 28 U.S.C. § 1915(a) or submit the required fees totaling $405.00. ECF No. 10. To ensure plaintiff provided all the information necessary to adjudicate an application to proceed in forma pauperis, plaintiff was ordered to "submit . . . an affidavit in support of his request to proceed in forma pauperis *on the form provided by the Clerk of the Court*, or the required fees in the amount of $405.00." Id. at 2 (emphasis in original). Plaintiff was warned that failure to comply with this order would result in a recommendation that this action be dismissed. Id. The Clerk of the Court was directed to send plaintiff another Application to Proceed In Forma Pauperis By a Prisoner. Id.

On March 30, 2026, the court received a new declaration in support of plaintiff's motion to proceed in forma pauperis. ECF No. 11. Despite the court's clear instructions, petitioner did not use the form provided by the Clerk of the Court. Instead, he provided his own handwritten declaration, which does not: (1) provide the necessary information; (2) "declare under penalty of perjury that the [included] information is true and correct"; (3) authorize the California Department of Corrections and Rehabilitation to collect money from plaintiff's trust account to forward to the Clerk of the United States District Court to make payments in accordance with 28 U.S.C. § 1915(b)(2); and (4) provide a *completed and signed* certificate providing the sum of plaintiff's trust account statement and average monthly balance and deposits for the past six months, *or* a certified trust account statement with this information.

Because plaintiff has repeatedly failed to provide the court the information requested and to comply with this court's orders, the undersigned recommends the case be dismissed without prejudice. E.D. Cal. L.R. 110 ("Failure . . . of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); Fed. R. Civ. P. 11.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case.

IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice for failure to comply with court orders and that the pending motions to appoint counsel (ECF Nos. 4, 6, 8) be DISMISSED as MOOT.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 21, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3