UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO RODRIGUEZ,

Plaintiff,

v.

SANTIAGO GONZALES,

Defendant.

No. 2:25-cv-03598-DC-AC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 4, 6, 8, 12, 13)

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2026, the magistrate judge filed findings and recommendations recommending that this action be dismissed without prejudice for failure to comply with court orders and recommending that the pending motion to appoint counsel be dismissed as moot. ECF No. 12 at 2. The findings and recommendations identified the deficiencies in the most recent in forma pauperis (IFP) application. Id. Instead of filing objections to the findings and recommendations, plaintiff filed another IFP application. ECF No. 13. This application, however, suffers from similar deficiencies. The new IFP application does not (1) provide the necessary information, (2) authorize California Department of Corrections and Rehabilitation to collect money from plaintiff's trust account to forward to the Clerk of the United States Court to

make payments in accordance with 28 U.S.C. § 1915(b)(2), and (3) provide a *complete and signed certificate* providing the sum of plaintiff's trust account statement and the average monthly balance and deposits for the past six months, or *a certified trust account statement* with this information. See id.

The new IFP application states that plaintiff is going to be paroled on May 4, 2026 and that as soon as he gets out, he will go to the clerk's office for the new forms. Id. at 2. To date, plaintiff has not filed a complete IFP application or paid the filing fee.

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are ADOPTED; and
2. This action is DISMISSED without prejudice for failure to comply with court orders;
3. Plaintiff's pending motions to appoint counsel (ECF Nos. 4, 6, 8, 13) are DENIED as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Dena Coggins
United States District Judge